IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPITAL FUNDING, LLC, | : | |
| | : | C.A. No. 24-857-UNA |
| Plaintiff, | : | C.A. No. 24-858-UNA |
| | : | C.A. No. 24-860-UNA |
| | : | |
| v. | : | |
| | : | |
| CRANSTON APARTMENTS LLC, | : | |
| | : | |
| Defendant, | : | |

**CRANSTON APARTMENTS LLC'S MOTION FOR CONSOLIDATION
AND STAY PENDING SAME**

Defendant Cranston Apartments LLC ("Cranston") respectfully moves for consolidation of C.A. Nos. 24-857, 24-858, and 24-860, as well as a stay of the actions pending said consolidation.  The grounds for this motion are set forth fully in Cranston's Opening Brief, which is submitted herewith.

Dated:  July 30, 2024

OF COUNSEL:

Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
idahan@kslaw.com
P: 212.556.2114

Thaddeus D. Wilson
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
thadwilson@kslaw.com
P: 404.572.4600

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ Kelly E. Rowe
Joseph Cicero (#4388)
Gregory E. Stuhlman (#4765)
Kelly E. Rowe (#6199)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
cicero@chipmanbrown.com
rowe@chipmanbrown.com

*Attorneys for Defendant Cranston Apartments LLC*

1